```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/8/11
```

United States District Court
Southern District of New York

---

MILTON C. BROWN,

                Plaintiff,

- against -

HUDSON CREATIVE CORP., ET AL.,

                Defendants.

11 Civ. 1641 (JGK)

MEMORANDUM OPINION AND ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is granted leave to amend the complaint. The motion to dismiss is denied as moot without prejudice to refiling. As discussed at the conference held June 8, 2011, any dismissal for failure to state a claim will be with prejudice. See Abu Dhabi Commercial Bank v. Morgan Stanley & Co., No. 08 Civ. 7508, 2009 WL 3346674, at *2 (S.D.N.Y. Oct. 15, 2009).

    The plaintiff shall file his amended complaint by **June 21, 2011**. The time to move or answer is **July 5, 2011**. If any defendant wishes to move to dismiss the complaint, they should contact the Court to schedule a pre-motion conference.

    Except as discussed at the conference held June 8, 2011, discovery is stayed until **July 6, 2011**. Another conference is scheduled for **July 21, 2011**.

    The Clerk is directed to close Docket No. 14.

SO ORDERED.

Dated:     New York, New York
            June 7, 2011

                                    /s/ G. Koeltl
                                    John G. Koeltl
                                United States District Judge