~~EXHIBIT A~~

## DISMISSAL ORDER

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton C. Brown<br><br>                                 Plaintiff<br><br>vs.<br><br>Hudson Creative Corp., Robert Gretczko, Elvire Gretczko and Lucille Roberts Health Clubs Inc.<br><br>                                 Defendants | Case No. 11-cv-1641 (GBD) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Milton C. Brown ("Mr. Brown"), and Defendants Hudson Creative Corp., Robert Gretczko, and Elvire Gretczko (collectively "Gretczkos/Hudson Creative"), have entered into a Settlement Agreement (the "Settlement Agreement") and agreed to entry of this Agreed Order of Dismissal with Prejudice. This Court hereby states and orders and the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

1.  This Court has personal jurisdiction over the parties and retains jurisdiction to enforce this Agreed Order of Dismissal with Prejudice and the Settlement Agreement.

2.  Venue is proper in this District.

3.  All claims and counterclaims in this action as between Mr. Brown and Gretczkos/Hudson Creative are dismissed with prejudice.

4.  Each party shall bear its own respective costs and attorneys' fees in connection with such dismissal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/19/12

5

NY 73743425

| MILTON C. BROWN | HUDSON CREATIVE CORP |
|---|---|
| By his attorneys, *(signature)* Kenneth L. Stein<br>STROOCK & STOOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400 | By *(signature)*<br>Name: Robert Gretczko<br>Title: President |
| ROBERT GRETCZKO<br>*(signature)*<br>Robert Gretczko | ELVIRE GRETCZKO<br>*(signature)*<br>Elvire Gretozko |

SO ORDERED:

*(signature)*

John G. Koeltl, U.S.D.J.

Dated: 3/17/12

6